Elizabeth Korkus, Appellant, *v.* Bernard Kramer et al., Copartners under the Firm Name of Kramer Bros. & Kirschner, Respondents.

(Submitted April 16, 1934; decided April 24, 1934.)

*Edwin F. Korkus* for motion.

*Louis M. Kommel* opposed.

Motion granted on payment of costs.

In the Matter of the Probate of the Will of Henry Reimers, Deceased.

Fred Antusch, et al., as Executors, Appellants; Edna L. Weigelt, as Executrix, Respondent.

(Submitted April 16, 1934; decided April 24, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 264 N. Y. 62.)